UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOCTOR'S ASSOCIATES LLC and SUBWAY IP LLC : : : : Plaintiffs, : : v. : : MANPREET KAUR, : : Defendant. : | CASE NO: 19-cv-1148-JCH<br><br><br><br><br><br><br><br>JULY 30, 2019 |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Doctor's Associates LLC and Subway® IP LLC (collectively, "Plaintiffs") hereby move pursuant to Fed. R. Civ. P. 65 for a preliminary injunction enjoining Defendant Manpreet Kaur ("Kaur") from utilizing the Subway® trademarks and other intellectual property and from utilizing the proprietary system for operating a Subway® restaurant.

As discussed in the accompanying Memorandum of Law, Kaur is a former Subway® franchisee who no longer has any authority to operate a Subway® restaurant. An arbitrator has ordered her to stop using the Subway® trademarks and the proprietary system for operating a Subway® restaurant, but Kaur has not complied. Because Kaur is blatantly infringing on the Subway® trademark and defaulting on her contractual obligations, Plaintiffs will succeed on the merits of their trademark infringement and breach of contract claims. Moreover, Kaur's continued misbehavior causes irreparable harm to Plaintiffs as a matter of law. Accordingly, the

Court should enter a preliminary injunction, in the form of the proposed order attached as Exhibit 1, to protect Plaintiffs' intellectual property and proprietary system.

    Respectfully submitted,

    **PLAINTIFFS**
    **DOCTOR'S ASSOCIATES LLC and**
    **SUBWAY IP LLC**

    */s/ John M. Doroghazi*
    John M. Doroghazi (ct28033)
    David Norman-Schiff (ct30082)
    WIGGIN AND DANA LLP
    One Century Tower
    P.O. Box 1832
    New Haven, CT 06508-1832
    (203) 498-4400
    (203) 782-2889 fax
    jdoroghazi@wiggin.com
    dnorman-schiff@wiggin.com

    *Plaintiffs' Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on this 30th day of July, 2019 via U.S. Mail on the following:

Manpreet Kaur
511 W Cunningham Avenue
Texaco Gas Station
Terry, MS 39170

/s/ *John M. Doroghazi*
John M. Doroghazi