Doctor's Associates LLC, et. al., Plaintiff(s)
vs.
Manpreet Kaur, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 154743-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Secretary of State
Court Case No. 3:19-cv-1148-JCH

WIGGIN & DANA
Nicole Chavez
265 Church Street
PO Box 1832
New Haven, CT  06508

State of: _Connecticut_ ) ss.
County of: _Hartford_ )
Name of Server: _Sandra Yade_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _31st_ day of _July_, 20_19_, at _10:45_ o'clock _A_ M

Place of Service: at 30 Trinity Street, in Hartford, CT  06106

Documents Served: the undersigned served the documents described as:
**Complaint; Notice of Appearance of John M. Doroghazi; Corporate Disclosure; Notice of Appearance of David Norman-Schiff; Order on Pretrial Deadlines; Electronic Filing Order in Civil Cases; Standing Protective Order; Standing Order Relating to Discovery; Notice to Counsel and Pro Se Parties; Summons in a Civil Case; AO 121 Report with Exhibit; $50 Check**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Secretary of State** _(Placed in the Writ Box)_
By delivering them into the hands of an officer or managing agent whose name and title is: _____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _1st_ day of _August_, 20_19_

_Amy Chantry_
Notary Public    (Commission Expires) 03/31/2023

**APS International, Ltd.**

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES