**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DOCTOR'S ASSOCIATES LLC and SUBWAY® IP LLC | : : : | CASE NO: 3:19-CV-1148-JCH |
| Plaintiffs, | : : | |
| v. | : : | |
| MANPREET KAUR, | : : | |
| Defendant. | : | AUGUST 6, 2019 |

**NOTICE OF SERVICE**

Pursuant to the Court's Order of August 1, 2019, Plaintiffs state that Defendant was served with the Complaint and process on July 31, 2019 (ECF #14 and 15). Plaintiff further states that it sent, by U.S. Mail, copies of the Preliminary Injunction motion on July 30, 2019 (ECF #12). Following the Court's Order of August 1, 2019, Plaintiffs served, by Federal Express, copies of the Motion for Preliminary Injunction (ECF #12) and the Order to Show Cause (ECF #13) on August 2, 2019. As Exhibit A shows, the documents sent by FedEx were successfully delivered on August 5, 2019.

        **PLAINTIFFS**
        **DOCTOR'S ASSOCIATES LLC and**
        **SUBWAY® IP LLC**

        Respectfully submitted,

        */s/ John M. Doroghazi*
        John M. Doroghazi (ct28033)
        David Norman-Schiff (ct30082)
        WIGGIN AND DANA LLP
        One Century Tower

P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
jdoroghazi@wiggin.com
dnorman-schiff@wiggin.com

*Plaintiffs' Attorneys*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on this 30th day of July, 2019 via regular U.S. mail on the following:

Manpreet Kaur
511 W Cunningham Avenue
Texaco Gas Station
Terry, MS 39170

      /s/ *John M. Doroghazi*
        John M. Doroghazi

5063\439\4820-6585-1295.v2

# EXHIBIT A

**Chavez, Nicole**

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Monday, August 5, 2019 12:39 PM |
| **To:** | Chavez, Nicole |
| **Subject:** | FedEx Shipment 775903972586 Delivered |

WARNING! External email. Do not click/open unexpected links/attachments.



# Your package has been delivered
Tracking # 775903972586

**Ship date:**
**Fri, 8/2/2019**
NICOLE DIGIORGI CHAVEZ
WIGGIN and DANA
NEW HAVEN, CT 06508
US


Delivered

**Delivery date:**
**Mon, 8/5/2019 11:36 am**
**Manprett Kaur**
Texaco Gas Station
511 W. Cunningham Avenue
TERRY, MS 39170
US

## Shipment Facts
Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 775903972586 |
| **Status:** | Delivered: 08/05/2019 11:36 AM Signed for By: S.KAUR |
| **Reference:** | 5063/439 |
| **Signed for by:** | S.KAUR |
| **Delivery location:** | TERRY, MS |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx Standard Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 2.00 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 8/5/2019 by 3:00 pm |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:38 AM CDT on 08/05/2019.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2019 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our **privacy policy**. All rights reserved.

Thank you for your business.

2