**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DOCTOR'S ASSOCIATES LLC and SUBWAY® IP LLC | : : : | CASE NO: 3:19-CV-1148-JCH |
| Plaintiffs, | : : | |
| v. | : : | |
| MANPREET KAUR, | : : | |
| Defendant. | : | AUGUST 15, 2019 |

**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND ACCOMPANYING PROPOSED ORDER**

Pursuant to the Court's Order to Show Cause, ECF #13 (the "Show Cause Order"), if Defendant Manpreet Kaur wished to oppose the Proposed Order Granting Plaintiffs' Motion for Preliminary Injunction ("Proposed Order"), found at ECF #12, "a written objection must be filed . . . by August 13, 2019. Absent written objection, the court intends to issue the Order on August 14, 2019."

To date, Defendant has failed to file any objection or other pleadings with the Court. Thus, Plaintiffs respectfully request that, as stated in the Show Cause Order, the Court immediately issue the Proposed Order. Doing so will prevent any further irreparable harm to the Subway® brand and trademarks.

                              **PLAINTIFFS**
                              **DOCTOR'S ASSOCIATES LLC and**
                              **SUBWAY® IP LLC**

                              Respectfully submitted,

                              */s/ John M. Doroghazi*
                              John M. Doroghazi (ct28033)
                              David Norman-Schiff (ct30082)
                              WIGGIN AND DANA LLP

One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
jdoroghazi@wiggin.com
dnorman-schiff@wiggin.com

*Plaintiffs' Attorneys*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on this 15th day of August, 2019 via regular U.S. mail on the following:

Manpreet Kaur
511 W Cunningham Avenue
Texaco Gas Station
Terry, MS 39170

                                             /s/ *John M. Doroghazi*
                                                 John M. Doroghazi

5063\439\4829-8511-4016.v1