UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOCTOR'S ASSOCIATES LLC and :
SUBWAY IP LLC :
: CASE NO: 19-cv-1148-JCH
    Plaintiffs, :
:
v. :
:
MANPREET KAUR, :
:
    Defendant. : AUGUST 15, 2019

## ORDER

**AND NOW**, this 15th day of August, 2019, on consideration of Plaintiffs Doctor's

Associates LLC and Subway IP LLC's ("Plaintiffs") Motion for Preliminary Injunction and

Defendant Manpreet Kaur's ("Defendant") response, if any, it is hereby **ORDERED** that

Plaintiffs' Motion for Preliminary Injunction is **GRANTED**.  It is further

    1.    **ORDERED** that Defendant, her agents, servants, affiliates, employees, and

attorneys, and all others in active concert or participation with any of them (including, without

limitation, any entity through which Defendant owns or operates the Texaco Gas Station located

at 511 W. Cunningham Avenue, Terry, Mississippi or any entity through which Defendant owns

or operates her sandwich business at that location and the  proprietors, incorporators, officers,

directors, agents shareholders, and members of such entitites), shall not either directly or

indirectly, for themselves, or through, on behalf of, or in conjunction with any other person,

persons, partnership, or corporation, use the trade and service mark "Subway®" and any other

trade name, trademark, trade dress, service mark, distinctive form, slogan, colors, symbols,

structures, printed goods, or devices associated with the Subway® System including all signs,

equipment, advertising materials, stationery, forms, food containers, drink containers, receipts,

and any other articles which display SIP's trademarks, trade names, or service marks or are otherwise indicative of the Subway® brand.  It is further

2.    **ORDERED** that Defendant, her agents, servants, affiliates, employees, and attorneys, and all others in active concert or participation with any of them (including, without limitation, any entity through which Defendant owns or operates the Texaco Gas Station located at 511 W. Cunningham Avenue, Terry, Mississippi or any entity through which Defendant owns or operates her sandwich business at that location and the  proprietors, incorporators, officers, directors, agents shareholders, and members of such entities), shall not either directly or indirectly, for themselves, or through, on behalf of, or in conjunction with any other person, persons, partnership, or corporation, hold themselves out to the public as a present or former Subway® franchisee.  It is further

3.    **ORDERED** that Defendant, her agents, servants, affiliates, employees, and attorneys, and all others in active concert or participation with any of them (including, without limitation, any entity through which Defendant owns or operates the Texaco Gas Station located at 511 W. Cunningham Avenue, Terry, Mississippi or any entity through which Defendant owns or operates her sandwich business at that location and the  proprietors, incorporators, officers, directors, agents shareholders, and members of such entities), shall not either directly or indirectly, for themselves, or through, on behalf of, or in conjunction with any other person, persons, partnership, or corporation, make use of, or disclose to any third-party, any element of the Subway® System, including any confidential information, methods, food recipes, products, vendor lists, specifications, food preparation procedures, devices, techniques, plans, marketing and advertising information, and other non-public information learned while Defendant was a Subway® franchisee.  It is further

4.      **ORDERED** that Defendant, her agents, servants, affiliates, employees, and attorneys, and all others in active concert or participation with any of them (including, without limitation, any entity through which Defendant owns or operates the Texaco Gas Station located at 511 W. Cunningham Avenue, Terry, Mississippi or any entity through which Defendant owns or operates her sandwich business at that location and the  proprietors, incorporators, officers, directors, agents shareholders, and members of such entities), shall not either directly or indirectly, for themselves, or through, on behalf of, or in conjunction with any other person, persons, partnership or corporation, purchase, attempt to purchase, serve, sell, attempt to serve, or attempt to sell any Subway®-approved food, including food products, bread dough, meats, vegetables, seasonings, sauces, or ingredients to any member of the public.   It is further

5.      **ORDERED** that Defendant, her agents, servants, affiliates, employees, and attorneys, and all others in active concert or participation with any of them (including, without limitation, any entity through which Defendant owns or operates the Texaco Gas Station located at 511 W. Cunningham Avenue, Terry, Mississippi or any entity through which Defendant owns or operates her sandwich business at that location and the  proprietors, incorporators, officers, directors, agents shareholders, and members of such entities), shall, turn over to DAL all manuals, including the Subway® Confidential Operating Manual, records, files, instructions, correspondence, proprietary software, all materials related to the Defendant's operation of her former Subway restaurant, and any and all other materials and any other documents (including those in any electronic format) that relate to the operation of her former Subway® restaurant or otherwise embody or reflect any part of the Subway® System or SIP and DAL's trade secrets or confidential and proprietary information.

3

**BY THE COURT:**

/s/ Janet C. Hall

United States District Judge